```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 05 B 23488
  DORI MICHELE RABADAN
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-1257


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/13/05 and confirmed on 08/12/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  49290.77 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
RESURGENT CAPITAL SERVIC  UNSECURED         6907.14          .00          3673.04
ECAST SETTLEMENT CORPORA  UNSECURED         2845.66          .00          1513.25
CAPITAL ONE BANK          UNSECURED         1382.86          .00           735.37
CHARMING SHOPPES/CATHERI  UNSECURED          389.45          .00           207.10
ECAST SETTLEMENT CORPORA  UNSECURED         8222.00          .00          4372.25
RESURGENT CAPITAL SERVIC  UNSECURED         7721.37          .00          4106.03
ECAST SETTLEMENT CORPORA  UNSECURED         4793.98          .00          2549.32
ECAST SETTLEMENT CORPORA  UNSECURED         7535.12          .00          4006.99
CITIBANK NA               UNSECURED        NOT FILED         .00              .00
RESURGENT CAPITAL SERVIC  UNSECURED        11058.40          .00          5880.58
DISCOVER BANK             UNSECURED         7527.19          .00          4002.77
DISCOVER BANK             UNSECURED         3500.90          .00          1861.69
ECAST SETTLEMENT CORPORA  UNSECURED         3059.02          .00          1626.71
ECAST SETTLEMENT CORPORA  UNSECURED         8186.61          .00          4353.43
ECAST SETTLEMENT CORPORA  UNSECURED         6624.02          .00          3522.49
RESURGENT CAPITAL SERVIC  UNSECURED         2652.14          .00          1410.34
SAMS CLUB                 UNSECURED        NOT FILED         .00              .00
SERVICE CORPORATE CU      UNSECURED        NOT FILED         .00              .00
         Summary of disbursements:

                          SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED           .00          .00        82405.86         .00        82405.86
PRINCIPAL PAID               .00          .00        43821.36         .00        43821.36
INTEREST PAID                .00          .00             .00         .00             .00
TOTAL PAID                   .00          .00        43821.36         .00        43821.36
The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    2078.64 .
```

Refunds to the Debtor totaled $   690.77 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE